```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                   WESTERN DIVISION
                   NO. 5:18-CV-38-H
```

MICHELE PALMER PARKS            )
                                )
    Plaintiff,                  )
                                )
                                )
    v.                          )
                                )      **ORDER**
                                )
IP9 MF GLEN LLC, MADISON        )
HUNTERS GLEN, JOE MULLEN,       )
and DOMINQUE BARTILINI,         )
                                )
    Defendants.                 )

This matter is before the court for frivolity review. United States Magistrate Judge Kimberly A. Swank filed an Order and Memorandum and Recommendation ("M&R") ordering that plaintiff's motion to proceed <u>in forma pauperis</u> be allowed and recommending plaintiff's claims against defendant be dismissed for lack of subject matter jurisdiction. Plaintiff filed lengthy objections to the M&R [DE #15 and #16].

The court has carefully reviewed the objections filed by plaintiff, but finds that they do not show that this court has subject matter jurisdiction over the matter. Therefore, the objections are without merit.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved.

Accordingly, the court adopts the recommendation of the magistrate judge as its own and for the reasons stated therein, plaintiff's complaint is dismissed. The Clerk is directed to close this case.

This 23rd day of October 2018.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26