# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| MICHELE PALMER PARKS,<br>　　　　Plaintiff,<br><br>v.<br><br>1P9 MF Glen LLC, Madison Hunters Glen, Joe Mullen and Dominque Bartilini,<br>　　　　Defendants. | JUDGMENT<br><br>No. 5:18-CV-38-H |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** the court adopts the recommendation of the magistrate judge as its own and for the reasons stated therein, plaintiff's complaint is dismissed. The Clerk is directed to close this case.

<u>This Judgment Filed and Entered on October 23, 2018, with service on:</u>

Michele Palmer Parks　　　　　　　　　　(via US mail)
1712 Crossroads Arbor Way
#203
Raleigh, NC 27606


October 23, 2018　　　　　　　　　　PETER A. MOORE, JR., CLERK
　　　　　　　　　　　　　　　　　　<u>/s/ Lisa W. Lee</u>
　　　　　　　　　　　　　　　　　　(By): Lisa W. Lee, Deputy Clerk